**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **Merriwether Williams,** | : | |
| | : | **26-mc-50 (ALC)** |
| **Petitioner,** | : | |
| | : | **ORDER TERMINATING CASE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Order dated July 24, 2026, dismissed this case with prejudice due to lack of jurisdiction. (ECF No. 15). Based upon that Order, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** September 8, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**